**STATE of Missouri, Respondent,**

v.

**William Walker ENGLAND, Appellant.**

**No. WD 53676.**

Missouri Court of Appeals,
Western District.

Dec. 9, 1997.

Irene Karns, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

William Walker England appeals the circuit court's judgment convicting him of two counts of statutory sodomy, two counts of child abuse, and one count of misdemeanor assault in the third degree. We affirm. Rule 30.25(b)